UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Okwuchukwu Emmanuel Jidoefor, | Case No. 21-CV-1405 (ECT/ECW) |
| Plaintiff, | |
| v. | **ORDER** |
| United States of America, et al., | |
| Defendants. | |

This matter is before the Court on the motion of plaintiff Okwuchukwu Emmanuel Jidoefor for leave to amend his complaint. *See* Dkt. No. 5. The complaint in this matter has not been served on the defendants, and therefore Jidoefor is entitled to amend his complaint once without leave of the Court required. *See* Fed. R. Civ. P. 15(a)(1). Nevertheless, to make clear that Jidoefor may file an amended complaint, his request will be granted. Jidoefor must file his amended complaint by no later than August 20, 2021, failing which his original complaint, which remains the operative pleading in this matter, will be reviewed pursuant to 28 U.S.C. § 1915A. Jidoefor is warned that any amended complaint bringing claims against a governmental entity or employee will similarly be reviewed pursuant to § 1915A.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. The motion of plaintiff Okwuchukwu Emmanuel Jidoefor for leave to amend the complaint [Dkt. No. 5] is GRANTED.

2. Jidoefor must file any amended complaint by no later than August 20, 2021, failing which his original complaint will be reviewed pursuant to 28 U.S.C. § 1915A.

Dated: July 26, 2021 　　　　　　　　　　　*Elizabeth Cowan Wright*
　　　　　　　　　　　　　　　　　　　　　ELIZABETH COWAN WRIGHT
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge