UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

Okwuchukwu Emmanuel Jidoefor,

    Plaintiff,

v.                                               Civil No. 21-1405 (ECT/ECW)

United States Secret Service Minneapolis
Field Office (USSS-MFO), et al,        **DISQUALIFICATION ORDER**

    Defendants.

_____

    Because civil case number 21-1405 (ECT/ECW) names U.S. Magistrate Judge John F. Docherty as a defendant, it is hereby determined that all U.S. District Judges and U.S. Magistrate Judges of the above Court are disqualified from presiding over the matter.

    Based on the files, records, and proceedings herein:

    **IT IS SO ORDERED**.


DATED: March 9, 2022                                 *John R. Tunheim*
at Minneapolis, Minnesota.                   JOHN R. TUNHEIM
                                                               Chief Judge
                                              United States District Court