## DESIGNATION OF UNITED STATES DISTRICT JUDGE
## FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

---

WHEREAS, in my judgment the public interest so requires;

NOW THEREFORE, pursuant to the provisions of Title 28, United States Code, Section 292(b), I do hereby designate and assign the

### HONORABLE JAMES M. MOODY, JR.

United States District Judge for the **EASTERN DISTRICT OF ARKANSAS**, to hold court in the **DISTRICT OF MINNESOTA,** beginning **March 11, 2022**, and for such additional time in advance thereof to prepare or thereafter as may be required to complete unfinished business for the following case:

*Case No. 21-cv-1405 ECT/ECW*

Dated: March 11, 2022

*/s/ Lavenski R. Smith*
Lavenski R. Smith, Chief Judge
United States Court of Appeals, Eighth Circuit

Original:   **Kate M. Fogarty, Clerk, District of Minnesota**
cc:   Honorable John R. Tunheim, Chief Judge, District of Minnesota
Honorable D.P. Marshall, Jr., Chief Judge, Eastern District of Arkansas
Honorable James M. Moody, Jr., District Judge, Eastern District of Arkansas
Tammy Downs, Clerk, Eastern District of Arkansas
Millie B. Adams, Circuit Executive